IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: April 08, 2011



_James E. Shapiro_

Honorable James E. Shapiro
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF WISCONSIN

In re:                                              Chapter 13

Lanita S. Woolridge,

                                              Case No. 08-33976-JES

    Debtor.

### ORDER GRANTING UNIVERSAL MORTGAGE CORPORATION,
### PREDECESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION
### RELIEF FROM AUTOMATIC STAY

Upon the affidavit of Jay Pitner and,

It appearing that the debtor has defaulted under the terms of the order dated May 6, 2010.

IT IS HEREBY ORDERED that said motion is in all respects granted including the movant's request for an award of its legal fees and costs in the amount of $125.00 and relief from the automatic stay is granted to Universal Mortgage Corporation, predecessor-in-interest to U.S Bank National Association, its successors and/or assignees with respect to the property located at 5800 North 36th Street, Milwaukee, WI.

IT IS FURTHER ORDERED that any and all claims filed by or on behalf of the movant are hereby deemed withdrawn and the trustee need not make any further disbursements thereon. If the automatic stay is reimposed with respect to the movant in the future, any and all claims of the movant shall be then

**Drafted by:**
Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: (414) 224-8404
Fax:    (414) 224-1279
Email: jpitner@gray-law.com

Gray & Associates, L.L.P. is attempting to collect a debt on its client's behalf and any information it obtains will be used for that purpose. If you previously received a discharge in a chapter 7 bankruptcy case, this should not be construed as an attempt to hold you personally liable for the debt.

reinstated and the trustee shall resume disbursements thereon.

IT IS FURTHER ORDERED that this order shall be effective immediately upon its entry.

#####